UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  22-00077 |
| Darren L. Wilson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY PLAN

This case coming to be heard on the debtor's motion to modify plan, due notice having been given, and the court being fully advised, IT IS ORDERED:

The motion is granted. The current default in plan payments is deferred to the end of the plan term. The plan payments are increased to $590.00 per month for the remainder of the plan.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  July 18, 2023

**Prepared by:**

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
Office:773-432-9003