IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 22-00077 | |
| Darren L. Wilson ) | | |
| ) | Chapter 13 | |
| ) | | |
| Debtor(s). ) | Judge A. Benjamin Goldgar | |

## NOTICE OF MOTION

TO: Trustee, Marilyn O Marshall, via electronic court notification
US Trustee, Office of the US Trustee, 219 S. Dearborn, Room 873, Chicago, IL 60604, via U.S. Mail;
The Semrad Law Firm, LLC, 11101 S. Western Avenue, Chicago, IL 60643, via U.S. Mail;
Darren L. Wilson, 10437 S Bensley Ave Apt. 2B Chicago, IL 60617, via U.S. Mail;
See attached Service List, served via U.S. Mail.

PLEASE TAKE NOTICE that on December 26, 2023 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Goldgar, or any Judge sitting in that Judge's place **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn St., Chicago, IL 60604 **or** electronically as described below, and present the Motion to Substitute Attorney, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**
**To appear by Zoom** using the internet, go to this link: https://www.zoomgov.com/.
Then enter the meeting ID and passcode.
**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252
or 1-646-828-7666. Then enter the meeting ID and passcode.
**Meeting ID and passcode**. The meeting ID for this hearing is 161 319 7225. The passcode for the meeting is 584922. The meeting ID and passcode can also be found on the judge's page on the court's web site.
If you object to this motion and want it called on the presentment date above, you must
file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically and through U.S. Mail on each entity shown on the attached list at the address shown on the list on December 12, 2023 by 5:00 p.m.

/s/ David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 22-00077 |
| --- | --- | --- |
| Darren L. Wilson | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

MOTION TO SUBSTITUTE AS DEBTOR'S ATTORNEY

NOW COMES, the law office of Cutler and Associates LTD., and moves this honorable court to allow our office, the office Cutler and Associates LTD., to substitute as the Debtor's attorney, and in support thereof state as follow:

1. That the Debtor filed this bankruptcy petition under Chapter 13 of Title 11, United States Code, on January 5, 2022.

2. Debtor seeks to have the law office of Cutler and Associates LTD., as his new attorney of record.

3. Debtor seeks new counsel to maintain his bankruptcy filing and all its entirety.

WHEREFORE, Debtors pray that this court enter an order allowing the law office of Cutler and Associates LTD., to substitute for Robert J. Semrad and Associates, LLC., as attorney for Debtor; and for such other and further relief this court deems just and proper

RESPECTFULLY SUBMITTED,
/s/ David H. Cutler
David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St., Skokie, IL 60076
(847) 673-8600