UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 22-00077 |
| --- | --- | --- |
| Darren L. Wilson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

This matter coming on for hearing on the debtor's motion for substitution of counsel, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. David H. Cutler is substituted for Andrew F. Ames, Thomas E. Nield, Megan Swenson, and Patrick Semrad as counsel for the debtor.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: December 26, 2023

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600