**CUTLER & ASSOCIATES, LTD.**
ATTORNEYS AT LAW
4131 MAIN STREET
SKOKIE, ILLINOIS 60076

TELEPHONE (847) 673-8600
FAX (847) 673-8636

Post-Petition Chapter 7 Retainer Agreement

**DO NOT SIGN THIS AGREEMENT UNLESS YOU ALREADY HAVE A BANKRUPTCY CASE NUMBER.**

The undersigned previously retained Debt Stoppers for the purpose of filing a Chapter 13 Bankruptcy Petition and now desires to convert my/our bankruptcy case to a Chapter 7, **Case Number 22-00077**. I/we understand that signing this agreement creates a new obligation for me/us to pay Firm for services which I/we am/are already entitled to. I understand that I/we am/are under no obligation to sign this Agreement or pay any additional fees to Cutler & Associates. The agreed fee set forth in this Agreement is separate and distinct from the fee for work already performed by Cutler & Associates, Ltd., which consisted work performed in my/our Chapter 13. I understand that Cutler & Associates has no further obligation to me/us nor do I/we have any further obligations to it.

I/we further understand that there is additional work which needs to be done in order for me to avoid dismissal of my/our case and in order for me/us to meet the requirements for obtaining a discharge. Additional work required consists of: filing required documents with the court, providing copies of documents to my/our trustee, attending my/our 341 meeting of creditors, and completing reaffirmation agreements when requested, case monitoring and case administration.

My/our execution of this agreement confirms that I/we wish to retain Cutler & Associates to complete the additional work and I/we agree to pay legal fees totaling **$1,990** for said services, payable as follows:

| | | | |
|---|---|---|---|
| $199 on or before | 12/1/23 | $199 on or before | 1/1/23 |
| $199 on or before | 2/1/23 | $199 on or before | 3/1/23 |
| $199 on or before | 4/1/23 | $199 on or before | 5/1/23 |
| $199 on or before | 6/1/23 | $199 on or before | 7/1/23 |

By signing this Agreement, I/we understand that the fees only include legal services state above. I/we also understand that this fee DOES NOT INCLUDE any representation in any adversary proceeding filed against me or any state court matters.

I/we acknowledge that I/we am/are signing this agreement to pay said fees in consideration for receiving legal representation from Cutler & Associates, Ltd. and that the undersigned understands that if any of the remaining unpaid fees owed from the Chapter 13 are now uncollectible and will be discharged upon the successful completion of said Bankruptcy Case. The undersigned acknowledges that the fees agreed to in this Post-Petition Agreement are considered post-petition fees for post-petition services and therefore they are not dischargeable in said Chapter 7 bankruptcy case.

Please complete the attached form so we may set up the reoccurring payment schedule.

Cutler & Associates, Ltd.
A Debt Relief Agency

AGREED TO:
_/s/ Darren Z. W_____
Client

_/s/ Darren Z. W_____
Client

1

## CUTLER & ASSOCIATES, LTD.
### ATTORNEYS AT LAW
4131 MAIN STREET
SKOKIE, ILLINOIS 60076

TELEPHONE (847) 673-8600
FAX (847) 673-8636

### Recurring Payment Authorization Form

Schedule your payment to be automatically deducted from your bank account. Just complete and sign this form to get started!

**Recurring Payments Will Make Your Life Easier:**
- It's convenient (saving you time and postage)
- Your payment is always on time (even if you're out of town), eliminating late charges

**Here's How Recurring Payments Work:**
You authorize regularly scheduled charges to your checking/savings account. You will be charged the amount indicated below each billing period. The charge will appear on your bank statement as an "ACH Debit." You agree that no prior-notification will be provided.

**Please complete the information below:**

| Printed Name: | Darren Wilson | Case Number: | 22-00077 |

**Checking/ Savings Account**
✓ Checking ___ Savings
Name on Acct. [redacted]
Bank Name [redacted]
Routing Number [redacted]
Account Number [redacted]

Routing Number: 22222222
Account Number: 000 111 555" 1027

**Debit Card**
Card Number: [redacted]
Exp Date: [redacted]
Security Code: [redacted]
Billing Zip: [redacted]

SIGNATURE: Darren Z. Wilson    DATE: 11-4-23

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify Cutler and Associates, Ltd. in writing of any changes in my account information or termination of this authorization at least 15 days prior to the next billing date. In the event I terminate these payments Cutler and Associates, Ltd., may elect to withdraw from my bankruptcy case and cease all work on my case. If the above noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day. For ACH debits to my checking/savings account, I understand that because these are electronic transactions, these funds may be withdrawn from my account as soon as the above noted periodic transaction dates. In the case of an ACH Transaction being rejected for Non Sufficient Funds (NSF) I understand that Cutler and Associates, Ltd. may at its discretion attempt to process the charge again within 30 days, and agree to an additional **$25 charge** for each attempt returned NSF which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law. I certify that I am an authorized user of this bank account and will not dispute these scheduled transactions with my bank; so long as the transactions correspond to the terms indicated in this authorization form.